UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                            :
MATEO NOE TAMBRIZ AJTZALAM,                                 :
                                                            :
                            Petitioner,                     :
                                                            :                26-CV-483 (JMF)
            -v-                                              :
                                                            :          MEMORANDUM OPINION
KENNETH GENALO et al.,                                      :                AND ORDER
                                                            :
                            Respondents,                    :
                                                            :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

Petitioner Mateo Noe Tambriz Ajtzalam, who was detained by immigration authorities on or about January 20, 2026, petitions for the writ of habeas corpus under 28 U.S.C. § 2241. *See* ECF No. 1. By Order entered January 20, 2026, the Court scheduled a conference for January 21, 2026, and directed the parties to submit a joint letter by January 20, 2026, addressing, among other things, whether there is any basis to distinguish this case from *Guzman Cardenas v. Almodovar*, No. 25-CV-9169 (JMF), 2025 WL 3215573 (S.D.N.Y. Nov. 18, 2025) (and, if not, whether Respondents would consent to issuance of the writ — subject to preservation of Respondents' arguments for appeal). *See* ECF No. 3.

On January 20, 2026, the parties filed their joint letter. *See* ECF No. 4. That letter states that "the parties agree that the scheduled conference and full briefing is not necessary in this case given the Court's prior decision in *Guzman Cardenas*, and the Court can decide this matter based on this submission." *Id.* at 1. More specifically, Respondents concede that "the facts of this case are not materially distinguishable from those in *Guzman Cardenas*" and that "the Court's decision in *Guzman Cardenas* would control the result in this case if the Court adheres to that

decision." *Id.* at 2.  The Court adheres to its decision in G*uzman Cardenas*.  Accordingly, and in light of Respondents' concessions (even as they "reserve[e] all rights, including the right to appeal," *id*.), the Petition for the writ of habeas corpus is GRANTED.

Respondents shall release Petitioner in this District — and file certification thereof — by **TODAY, January 20, 2026**, at **11:00 p.m.**  The conference scheduled for **January 21, 2026** at **10:00 a.m.** is hereby canceled as moot.

The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: January 20, 2026
     New York, New York

                    JESSE M. FURMAN
                 United States District Judge